IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KURT A. AND CHARLENE GOODREAU,

    Appellants/Debtors,                      JUDGMENT IN A CIVIL CASE

v.                                      Case No. 14-cv-093-wmc

MICHAEL E. KEPLER,

    Appellee/Trustee.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the decision of the United States Bankruptcy Court for the Western District of Wisconsin.

        s/V. Olmo, Deputy Clerk                      9/26/2014
      Peter Oppeneer, Clerk of Court                    Date